IN THE MATTER OF THE ESTATE OF JAMES MOSES,
DECEASED.

See same case below: 58 *N. J. Super.* 67.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Messrs. Lum, Fairlie & Foster* and *Mr. Arnold Tulp* for
the respondents.

January 18, 1960. Granted.